question. See *Daniel* v. *Louisiana, ante,* p. 31.

No. 73–6598. STUBBLEFIELD *v.* TENNESSEE. Appeal from Ct. App. Tenn. dismissed for want of substantial federal question. See *Daniel* v. *Louisiana, ante,* p. 31.

No. 74–5280. DEVALL ET UX. *v.* LOUISIANA. Appeal from Sup. Ct. La. dismissed for want of substantial federal question. See *Daniel* v. *Louisiana, ante,* p. 31.

No. 74–254. SPANNAUS, ATTORNEY GENERAL OF MINNESOTA, ET AL. *v.* HODGSON ET AL. Appeal from D. C. Minn. dismissed for want of jurisdiction. An order granting only a declaratory judgment may not be appealed to this Court under 28 U. S. C. § 1253. *Mitchell* v. *Donovan,* 398 U. S. 427 (1970). It is of no consequence that a preliminary injunction was continued in effect until determination of this appeal, since no appeal was taken from the preliminary injunction. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this case.*

No. 74–613. CHAMBER OF COMMERCE OF THE UNITED STATES *v.* FRANCIS ET AL. Appeal from D. C. Md. Motion of appellee Francis for leave to proceed *in forma pauperis* granted. Appeal dismissed for want of jurisdiction.

No. 74–681. ALEXANDER ET AL. *v.* D'ALLESANDRO. Appeal from Ct. App. N. Y. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–693. MAHONEY ET AL. *v.* BOARD OF APPEALS OF WINCHESTER ET AL. Appeal from Sup. Jud. Ct. Mass. dismissed for want of substantial federal question.

*See also note, *supra,* p. 901.